IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ASHLEY,<br><br>    Petitioner,<br><br>  v.<br><br>CHERYL PLILER, Warden,<br><br>    Respondent. | No. C 11-01192 CW (PR)<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE ACTION |

    Pursuant to the notice of voluntary dismissal of this action filed by Petitioner on April 11, 2011, this action is terminated. See Fed. R. Civ. P. 41(a)(1); Hamilton v. Shearson-Lehman American Exp. Inc., 813 F.2d 1532, 1534-1536 (9th Cir. 1987) (Rule 41(a)(1)(I) does not require leave of court to dismiss the action). The dismissal is without prejudice. See Fed. R. Civ. P. 41(a)(1) (unless the notice of dismissal states otherwise, it is deemed to be "without prejudice"); Humphreys v. United States, 272 F.2d 411, 412 (9th Cir. 1959).

    The Clerk of the Court shall enter judgment, terminate all pending motions and close the file.

    IT IS SO ORDERED.

Dated: 4/15/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

AARON ASHLEY,

        Plaintiff,

v.

HERYL PLILER et al,

        Defendant.

Case Number: CV11-01192 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aaron Ashley AA3143
B-1-223
CSP-Sacramento
P.O. Box 290066
Represa, CA 95671-0066

Dated: April 15, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2